# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-1216**                                                  **September Term, 2025**

**EPA-08/07/2025 Letter**

**Filed On: November 20, 2025** [2146397]

Rhode Island AFL-CIO, et al.,

       Petitioners

     v.

Environmental Protection Agency and Lee
M. Zeldin, in his official capacity as
Administrator of the United States
Environmental Protection Agency,

       Respondents

------------------------------

Consolidated with 25-1217, 25-1218

## O R D E R

Upon consideration of petitioners' joint consent motion to hold the consolidated cases in abeyance, it is

**ORDERED** that the motion be granted and these consolidated cases be held in abeyance pending further order of the court.  The parties are directed to file status reports at 90-day intervals beginning February 18, 2026.  The parties are further directed to file motions to govern future proceedings within 30 days of any decision in the related district court cases regarding whether 42 U.S.C. § 7607(b)(1)'s channeling provision applies to these petitions, or by November 20, 2026, whichever is earlier.

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

    BY:  /s/
         Catherine J. Lavender
         Deputy Clerk